IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Terrell Chandler, #300938,    ) | C/A No.: 1:16-2994-HMH-SVH |
|                              ) | |
| Petitioner,   ) | |
|                              ) | |
| vs.                          ) | |
|                              ) | ORDER |
| Warden Joseph McFadden,    ) | |
|                              ) | |
| Respondent.  ) | |
|                              ) | |

The Clerk of Court's office has informed the undersigned that Petitioner has mailed a document that appears to be covered in urine. Petitioner states within the document that bleach was spilled on the document. The document has been forwarded to the U.S. Marshal Service. Petitioner is advised that his filing will not be docketed in this case or otherwise presented for the court's consideration.

Petitioner is warned that filings containing contaminants of any kind are not accepted by this court and are expressly prohibited. If Petitioner continues to mail items containing any contaminant to the court, his petition will be dismissed with prejudice.

Petitioner's deadline to file a response to the Respondent's motion for summary judgment is now December 19, 2016. Petitioner is advised that if he fails to file a proper response in compliance with this order, his petition will be dismissed with prejudice.

IT IS SO ORDERED.

*Shiva V. Hodges*

November 18, 2016
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge